# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Carole Tyre<br>　　　　　　Debtor(s)<br><br>Fay Servicing, LLC as servicer for NRZ Pass-Through Trust II , U.S. Bank National Association as trustee<br>　　　　　　Movant<br>　　vs.<br><br>Carole Tyre<br>　　　　　　Respondent(s) | CHAPTER 13<br>BK. NO. 18-17965 ELF |

## CERTIFICATION OF SERVICE

I, Kevin G. McDonald, Esquire, hereby certify that the foregoing Objection to Confirmation was served by first class mail, postage pre-paid, upon the parties listed below on **March 18, 2019**.

William C. Miller Esq.
P.O. Box 1229
Philadelphia, PA 19105

Brad J. Sadek
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107

Carole Tyre
3706 Vader Drive
Philadelphia, PA 19154

Date: March 18, 2019

　　　　　　　　　　　　　　　　　　　　By: **/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　　　　412-430-3594
　　　　　　　　　　　　　　　　　　　　　　Attorney for Movant/Applicant