# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Carole Tyre<br>　　　　　　　　　Debtor<br><br>for NRZ Pass-Through Trust II , U.S. Bank National Association as trustee, its successors and/or assigns<br>　　　　　　　　　Movant<br>　　　vs.<br><br>Carole Tyre<br>　　　　　　　　　Respondent | CHAPTER 13<br><br><br>NO. 18-17965 ELF |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

　　Kindly withdraw the Objection to Confirmation of for NRZ Pass-Through Trust II, U.S. Bank National Association as trustee, which was filed with the Court on or about March 18, 2019 (Document No. 22).

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　**/s/ Kevin G. McDonald, Esquire**
　　　　　　　　　　　　　　　　　　　Kevin G. McDonald, Esquire
　　　　　　　　　　　　　　　　　　　Attorney for Movant
　　　　　　　　　　　　　　　　　　　KML Law Group, P.C.
　　　　　　　　　　　　　　　　　　　BNY Mellon Independence Center
　　　　　　　　　　　　　　　　　　　701 Market Street, Suite 5000
　　　　　　　　　　　　　　　　　　　Philadelphia, PA  19106
　　　　　　　　　　　　　　　　　　　215-627-1322

May 17, 2019