# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

                    Chapter 13

                    Bankruptcy No. 18-17965-ELF

CAROLE TYRE

3706 VADER DRIVE

PHILADELPHIA, PA 19154

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    CAROLE TYRE

    3706 VADER DRIVE

    PHILADELPHIA, PA 19154

Counsel for debtor(s), by electronic notice only.

    BRAD J. SADEK ESQ
    SADEK LAW OFFICE
    1315 WALNUT STREET #502
    PHILADELPHIA, PA 19107-

                                    /S/ William C. Miller

Date: 9/4/2019

                                    William C. Miller, Esquire
                                    Chapter 13 Standing Trustee