**UNITED STATES BANKRUTPCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                            Chapter 13
CAROLE  TYRE



                    **Debtor**              **Bankruptcy No.** 18-17965-ELF

# O R D E R

     **AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing

Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage

orders previously entered are **VACATED**.



**Date: October 30, 2019**

_____
                    Eric L. Frank
                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-


Debtor:
CAROLE  TYRE

3706 VADER DRIVE

PHILADELPHIA, PA 19154