United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 18-17965-elf
Carole Tyre                                                     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Randi                 Page 1 of 2                 Date Rcvd: Oct 30, 2019
                            Form ID: pdf900             Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2019.
```
db             +Carole Tyre,    3706 Vader Drive,    Philadelphia, PA 19154-3031
14262645       +CFAM Financial Services, LLC,    PO BOX 9300,    San Juan PR 00908-0300
14239561       +Emblem,    Pob 105555,    Atlanta, GA 30348-5555
14251219       +Fay Servicing LLC,    c/o /s/ Maria Tsagaris,    c/o McCALLA RAYMER LEIBERT PIERCE, LLC,
                 1544 Old Alabama Road,    Roswell, GA 30076-2102
14239563       +Fay Servicing Llc,    Attn: Bankruptcy,    440 S Lasalle St Suite 2000,    Chicago, IL 60605-5011
14347198        Fay Servicing, LLC,    P.O. Box 814609,    Dallas, TX 75381-4609
14239565       +Hsbc/boscv,    Capital One Attn: Bankruptcy Dept.,    Po Box 30258,
                 Sault Lake City, UT 84130-0258
14239566       +KML Law Group P.C.,    Suite 5000- BNY Independance Center,    701 Market Street,
                 Philadelphia, PA 19106-1538
14239567       +Member HSBC Group/Beneficial,    Attn: CML Customer Resolution Department,
                 1421 West Shure Drive, Suite 100,    Arlington Heights, IL 60004-7818
14254832       +NRZ Pass-Through Trust II,    Fay Servicing, LLC,    3000 Kellway Dr., Ste 150,
                 Carrollton, TX 75006-3357
14288213       +NRZ Pass-Through Trust II,    c/o Kevin G. McDonald, Esquire,    KML Law Group, P.C.,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14239574       +RMP Greensburg,    Attn: Bankruptcy Dept,    Po Box 349,    Greensburg, IN 47240-0349
14239575       +Santander Consumer USA,    Attn: Bankruptcy,    Po Box 961245,    Fort Worth, TX 76161-0244
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Oct 31 2019 03:38:45     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Oct 31 2019 03:38:08     Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Oct 31 2019 03:38:26     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14239548       +E-mail/Text: backoffice@affirm.com Oct 31 2019 03:39:02     Affirm Inc,    Affirm Incorporated,
                 Po Box 720,    San Francisco, CA 94104-0720
14239556       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 31 2019 03:33:07      Capital One,
                 Attn: Bankruptcy,    Po Box 30285,    Salt Lake City, UT 84130-0285
14263488       +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 31 2019 03:56:33
                 Capital One Bank (USA), N.A.,    4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
14239557       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 31 2019 03:37:46      Comenity Bank/Blair,
                 Attn: Bankruptcy Dept,    Po Box 182125,    Columbus, OH 43218-2125
14239558       +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 31 2019 03:37:46      Comenity/ MPRC,
                 Attn: Bankruptcy,    Po Box 182125,    Columbus, OH 43218-2125
14239559       +E-mail/PDF: creditonebknotifications@resurgent.com Oct 31 2019 03:33:15      Credit One Bank,
                 Attn: Bankruptcy,    Po Box 98873,    Las Vegas, NV 89193-8873
14239560       +E-mail/Text: mrdiscen@discover.com Oct 31 2019 03:37:35     Discover Financial,    Po Box 3025,
                 New Albany, OH 43054-3025
14239562       +E-mail/Text: bknotice@ercbpo.com Oct 31 2019 03:38:17     ERC/Enhanced Recovery Corp,
                 Attn: Bankruptcy,    8014 Bayberry Road,    Jacksonville, FL 32256-7412
14239564       +E-mail/Text: bnc-bluestem@quantum3group.com Oct 31 2019 03:38:50      Fingerhut,
                 Attn: Bankruptcy,    Po Box 1250,    Saint Cloud, MN 56395-1250
14251825        E-mail/PDF: resurgentbknotifications@resurgent.com Oct 31 2019 03:32:01      LVNV Funding, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14246655        E-mail/PDF: cbp@onemainfinancial.com Oct 31 2019 03:30:32     ONEMAIN,    P.O POX 3251,
                 EVANSVILLE, IN,    47731-3251
14239569       +E-mail/PDF: cbp@onemainfinancial.com Oct 31 2019 03:33:02     OneMain Financial,
                 Attn: Bankruptcy,    601 Nw 2nd Street,    Evansville, IN 47708-1013
14268567        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2019 03:45:19
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14239570       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 31 2019 03:30:41
                 Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
14239576       +E-mail/Text: bankruptcy@savit.com Oct 31 2019 03:39:00     SaVit Collection Agency,
                 Attn: Bankruptcy,    Po Box 250,    East Brunswick, NJ 08816-0250
14241904       +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2019 03:31:50     Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14239577       +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2019 03:30:36     Synchrony Bank/ JC Penneys,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14239578       +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2019 03:30:36     Synchrony Bank/Amazon,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14239579       +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2019 03:30:36     Synchrony Bank/PayPal Cr,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14239580       +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2019 03:33:06     Synchrony Bank/QVC,
                 Attn: Bankruptcy Dept,    Po Box 965060,    Orlando, FL 32896-5060
14239581       +E-mail/PDF: gecsedi@recoverycorp.com Oct 31 2019 03:30:39     Synchrony Bank/Sams,
                 Attn: Bankruptcy,    Po Box 965060,    Orlando, FL 32896-5060
14239582       +E-mail/Text: bnc-bluestem@quantum3group.com Oct 31 2019 03:38:50      Webbank/Gettington,
                 Attn: Bankruptcy,    6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                              TOTAL: 25
```

```
District/off: 0313-2         User: Randi              Page 2 of 2                  Date Rcvd: Oct 30, 2019
                             Form ID: pdf900          Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Fay Servicing, LLC
cr*             Fay Servicing, LLC,    PO Box 814609,   Dallas, TX  75381-4609
cr*            +Synchrony Bank,    c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
14239550*      +Affirm Inc,    Affirm Incorporated,    Po Box 720,    San Francisco, CA 94104-0720
14239551*      +Affirm Inc,    Affirm Incorporated,    Po Box 720,    San Francisco, CA 94104-0720
14239552*      +Affirm Inc,    Affirm Incorporated,    Po Box 720,    San Francisco, CA 94104-0720
14239553*      +Affirm Inc,    Affirm Incorporated,    Po Box 720,    San Francisco, CA 94104-0720
14239554*      +Affirm Inc,    Affirm Incorporated,    Po Box 720,    San Francisco, CA 94104-0720
14239555*      +Affirm Inc,    Affirm Incorporated,    Po Box 720,    San Francisco, CA 94104-0720
14239549*      +Affirm Inc,    Affirm Incorporated,    Po Box 720,    San Francisco, CA 94104-0720
14239568*      +Member HSBC Group/Beneficial,    Attn: CML Customer Resolution Department,
                 1421 West Shure Drive, Suite 100,    Arlington Heights, IL 60004-7818
14239571*      +Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
14239572*      +Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
14239573*      +Portfolio Recovery,    Po Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTALS: 1, * 13, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2019                                       Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 30, 2019 at the address(es) listed below:
              BRAD J. SADEK    on behalf of Debtor Carole  Tyre brad@sadeklaw.com,   bradsadek@gmail.com
              KEVIN G. MCDONALD    on behalf of Creditor    NRZ Pass-Through Trust II , U.S. Bank National
               Association as trustee bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 5
```

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: <br> CAROLE TYRE | Chapter 13 |
| Debtor | Bankruptcy No. 18-17965-ELF |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**Date: October 30, 2019**

_____
Eric L. Frank
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

Debtor:
CAROLE TYRE

3706 VADER DRIVE

PHILADELPHIA, PA 19154