*Form 130* (3/23)–doc 53

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
|   Carole Tyre | ) | Case No. 18–17965–elf |
| | ) | |
| | ) | |
| Debtor(s). | ) | Chapter: 13 |
| | ) | |
| | ) | |

## Order Requiring Documents

    **AND NOW,** the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

    It is hereby ORDERED that:

    1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    Documents and Deadline

    Means Test Calculation 122C–2 Due 8/18/25
    Plan Due 8/18/25
    Schedules A/B Due 8/18/25
    Schedules C Due 8/18/25
    Schedules D Due 8/18/25
    Schedules E/F Due 8/18/25
    Schedules G Due 8/18/25
    Schedules H Due 8/18/25
    Schedules I Due 8/18/25
    Schedules J Due 8/18/25
    Statement of Attorney Compensation Due 8/18/25
    Statement of Current Monthly Income (122C–1) Due 8/18/25
    Statement of Financial Affairs Due 8/18/25
    Summary of Assets and Liabilities Due 8/18/25

    2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

Date: August 5, 2025                              By the Court

                                                                                             Eric L Frank
                                                                             Judge, United States Bankruptcy Court